UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Rena Elane Farrington | Case No : | 10-10059 - A - 7 |
| | | Date : | 05/11/10 |
| | | Time : | 01:30 |

| Matter : | [23] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor JPMorgan Chase Bank, N.A. (Fee Paid $150) (rpaf) | UNOPPOSED |
|---|---|---|
| | [45] - Amended Motion/Application [PD-1] Re: [23] Motion/Application for Relief from Stay, [23] Motion/Application for Adequate Protection Filed by Creditor JPMorgan Chase Bank, N.A. (rpaf) | |

| | |
|---|---|
| Judge : | Whitney Rimel |
| Courtroom Deputy : | Gay Parker |
| Reporter : | Linda Gorman |
| Department : | A |

**APPEARANCES for :**
**Movant(s) :**
(by phone)　Creditor's Attorney - Gabriel Ozel
**Respondent(s) :**
　　　　Debtor - Rena Elane Farrington
　　　　son present

MOTION was :
Findings of fact/conclusions of law stated orally on the record
Granted

effective 6/30/10.

ORDER TO BE PREPARED BY :　　Movant(s)