```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

| Case Title : | Rena Elane Farrington | Case No : | 10-10059 - A - 7 |
|---|---|---|---|
| | | Date : | 5/12/10 |
| | | Time : | 09:00 |

| Matter : | [52] - Objection to Debtor's/Debtors' Claim of Exemptions [JES-2] Filed by Trustee James Edward Salven (dchf) | UNOPPOSED |
|---|---|---|

| Judge : | Whitney Rimel |
|---|---|
| Courtroom Deputy : | Gay Parker |
| Reporter : | Linda Gorman |
| Department : | A |

**APPEARANCES for :**
Movant(s) :
Respondent(s) :

HEARING was :

This matter is overruled as moot, as an amended Schedule C has been filed.