1  ERIN LANEY (CA SBN 259863)
   JOSEPH C. DELMOTTE (CA SBN 259460)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
   Attorneys for JPMORGAN CHASE BANK, NA
6


2010-10059
FILED
May 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002659754

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RENA ELANE FARRINGTON,<br><br>Debtor(s). | Case No. 10-10059-A<br><br>Chapter 7<br><br>D.C. No. PD-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| JPMORGAN CHASE BANK, NA,<br><br>Movant,<br><br>vs.<br><br>RENA ELANE FARRINGTON, Debtor(s); and JAMES EDWARD SALVEN, Chapter 7 Trustee,<br><br>Respondents. | LBR 4001-1 and 9014-1(f)(2)<br><br>DATE: May 11, 2010<br>TIME: 11:30 a.m.<br>CTRM: 11<br><br>2500 Tulare Street<br>Fresno, CA 93721-1318 |

The above-captioned matter came on for hearing on May 11, 2010 at 11:30 a.m., in the Courtroom of the Honorable Whitney Rimel, upon the Motion of JPMorgan Chase Bank, NA ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Rena Elane Farrington ("Debtor") commonly known as 50075 Hidden Falls Rd, Oakhurst, California 93644 (the "Real Property"), which is legally described as follows:

RECEIVED
May 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002659754

1   SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1)  The automatic stay of 11 U.S.C. § 362, is shall be terminated effective June 30, 2010, as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2)  The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is not waived;

3)  The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property.

Dated:

May 26, 2010

_____
United States Bankruptcy Judge

LEGAL DESCRIPTION

All that real property in the County of Madera, State of California, described as:

A parcel located in the Southwest quarter of Section 36, Township 6 South, Range 21 East, Mount Diablo Base and Meridian, described as follows:

The true point of beginning being North 80° 21' 23" West 1613.39 feet from the South quarter corner, Section 36, Township 8 South, Range 21 East, Mount Diablo Base and Meridian; thence North 9° 27' 36" West a distance of 147.43 feet; thence North 54° 50' 14" West a distance of 63.25 feet; thence South 43° 59' 56" West a distance of 76.88 feet; thence South 13° 21' 18" East a distance of 60.00 feet; thence South 44° 22' 58" West a distance of 186.98 feet; thence South 81° 16' 12" West a distance of 25.50 feet; thence North 28° 23' 46" West a distance of 224.69 feet; thence South 80° 49' 55" West a distance of 60.40 feet; thence South 48° 00' 37" West a distance of 102.95 feet; thence South 41° 47' 41" West a distance of 65.92 feet; thence North 34° 53' 39" West a distance of 279.30 feet; thence North 45° 17' 15" West a distance of 41.00 feet; thence South 33° 29' 45" West a distance of 191.75 feet; thence South 12° 37' 45" West a distance of 82.29 feet; thence South 02° 29' 45" West a distance of 88.31 feet; thence South 5° 22' 18" East a distance of 58.04 feet; thence North 87° 46' 34" East a distance of 495.88 feet; thence South 84° 03' 12" East a distance of 137.00 feet; thence North 44° 22' 56" East a distance of 200.00 feet; thence South 76° 13' 43" East a distance of 100.00 feet, more or less, to the point of beginning.

APN: 057-240-067